FILED
2011 Nov-21  AM 11:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HERSHEL LANEY, an individual,**)
)
**Plaintiff,**   )   **CASE NUMBER: 2:10-CV-03429-LSC**
)
)
**v.**   )
)   **UNOPPOSED**
)
**RECEIVABLES MANAGEMENT**   )
**BUREAU, INC., a Corporation,**   )
)
**Defendant.**   )

## UNOPPOSED MOTION TO MODIFY DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE

COMES NOW the Defendant, Receivables Management Bureau, Inc., and respectfully request this Honorable Court to extend the current discovery cut-off date to from its present date of January 17, 22012 to April 27, 2012, and the dispositive motion deadline from its present date of February 17, 2012 to May 25, 2012.  This will not change the trial date.  As grounds for this motion, the Defendant shows as follows

1.   This case arises out of Plaintiff's claims that the Defendant violated the Fair Debt Collections Practices Act (FDCPA) and various state law claims, though Defendant denies Plaintiff's claims.

2.   In a previous motion, Defendant had requested the court extend discovery deadlines as a result of severe illness of Defendant's corporate representative.  She is the person employed with the defendant scheduled to testify as its corporate representative.

{W0307903.1 }

3. Unfortunately, the individual representative of the Defendant is still experiencing complications from a serious illness and is limited in her ability to work at this time. As such, she is unable to participate in the defense of this case or be available for deposition prior to early 2012.

4. Re-setting the discovery cut-off date and the dispositive motion deadline will provide the individual representative of the defendant time to recover from her illness and to thereafter participate in discovery.

5. Furthermore, moving of the current deadlines will ensure the parties have an opportunity to complete discovery regarding any issues which may arise during depositions.

6. Though it is expected that she will have recovered sufficiently to sit for deposition, in the event there are further complications in her recovery, Defendants will substitute with a new representative to meet the proposed deadlines.

7. The Plaintiff does not oppose this request on these terms.

8. The trial if this matter is currently set to begin on July 9, 2012, and the proposed extensions of the Discovery Cut-off date and Dispositive Motion deadline should not interfere with the current trial date as scheduled.

9. This motion is not made to cause any undue delay, damage the rights of the litigants, or burden the Court's docket. The Court's consideration of this unavoidable and unfortunate circumstance is much appreciated.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to grant this motion and reset the pending Discovery Cut-Off date to **April 27, 2012** and the Dispositive Motion Deadline to **May 25, 2012**, with all other scheduled deadlines and dates, including trial, remaining as is.

        Respectfully Submitted,

        /s/ Neal D. Moore, III
        Neal D. Moore, III
        Larry Young
        *Attorneys for Defendant Receivables Management Bureau, Inc.*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier

## CERTIFICATE OF SERVICE

    This is to certify that on this the 21st day of November, 2011, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via electronic filing:

M. Stan Herring
John G. Watts
Watts & Herring, PC
The Kress Building
301 19th Street North
Birmingham, AL  35203
*Attorneys for Plaintiff*

        /s/ Neal D. Moore, III
        OF COUNSEL

{W0307903.1 }