FILED
2012 Jan-12 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **HERSHEL LANEY, an individual,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NUMBER: 2:10-CV-03429-LSC** |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **RECEIVABLES MANAGEMENT BUREAU, INC., a Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT

COMES NOW the Defendant, by and through the undersigned counsel, and respectfully notifies this Honorable Court that the parties have reached a settlement of all claims asserted or assertable in this matter. The settlement is confidential and the parties request twenty-one days to complete the settlement terms and file a Stipulation of Dismissal.

Respectfully Submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
Larry Young
*Attorneys for Defendant Receivables Management Bureau, Inc.*

{W0311233.1}

OF COUNSEL:

FERGUSON, FROST & DODSON, LLP

2500 Acton Road, Suite 200

Birmingham, Alabama 35243

(205) 879-8722 – telephone

(205) 879-8831 – telecopier

## CERTIFICATE OF SERVICE

This is to certify that on this the 12th day of January, 2012, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via electronic filing:

M. Stan Herring
John G. Watts
Watts & Herring, PC
The Kress Building
301 19th Street North
Birmingham, AL  35203
*Attorneys for Plaintiff*

                                              /s/ Neal D. Moore, III
                                              OF COUNSEL