FILED
2012 Jan-12 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HERSHEL LANEY, | ] |
| Plaintiffs, | ] |
| vs. | ] 2:10-cv-03429-LSC |
| RECEIVABLES MANAGEMENT BUREAU, INC., | ] |
| Defendant. | ] |

ORDER

The Court has been advised by counsel that the above-entitled cause settled. (Doc. 19.) Therefore, this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within sixty (60) days from the date of this Order. Costs are taxed as paid.

Done this 12th day of January 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297